In the Matter of RYSZARD GRAJKO, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted August 14, 2017; decided September 5, 2017

Motion by New York State Trial Lawyers Association for leave to file a submission amicus curiae on the appeal herein granted and the proposed submission is accepted as filed. One copy of the submission must be served and an original and two copies filed within seven days.